UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN R. LAMB,

     Plaintiff,

v.

SCOTT CROFOOT and
TOWNSHIP OF JONESFIELD,

     Defendants.

Case No. 24-cv-10158

Honorable Robert J. White

## ORDER ON REMAND

This case involves Plaintiff Kevin R. Lamb's claims against Defendants Township of Jonesfield (the Township) and Scott Crofoot, the Township's zoning administrator. (ECF No. 12). Count I alleged that Defendants violated Plaintiff's Fourteenth Amendment due-process rights by infringing on his property rights without notice and a hearing, Count II alleged that Defendants violated Plaintiff's Fourth Amendment rights when Crofoot entered onto Plaintiff's property without consent or a warrant, and Count III alleged that Defendants are liable for trespass because of Crofoot's conduct. (ECF No. 12, PageID.101-06). Lastly, Count IV challenged a provision of the Township's zoning ordinance as unconstitutional. (ECF No. 12, PageID.106-07).

On March 31, 2025, the Court dismissed all Plaintiff's claims with prejudice (ECF No. 41), and Plaintiff appealed (ECF Nos. 43-44).  The Sixth Circuit affirmed in part, reversed in part, and remanded the case back to this Court "with instructions to dismiss Lamb's state-law claim and his challenge to section 901(1)(D) of the ordinance without prejudice." *Lamb v. Crofoot*, No. 25-1313, 2025 U.S. App. LEXIS 30453, at *18 (6th Cir. Nov. 19, 2025) (unpublished).  The Sixth Circuit specifically affirmed dismissal of all Plaintiff's claims, but it concluded that Plaintiff's state-law trespass claim and constitutional challenge to the ordinance should have been dismissed without prejudice. *Id.* at *5, 10-11, 16-18.  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Fourth and Fourteenth Amendment claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's state-law trespass claim is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's constitutional challenge to the Township's ordinance is DISMISSED WITHOUT PREJUDICE.

Dated: December 16, 2025

s/Robert J. White
_____
Robert J. White

United States District Judge